IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Betsy Aubrey, et al<br>Plaintiffs, | § § § | |
| v. | § § | Civil Action No. A-05-CA-1070-SS |
| DOBI Medical International, Inc., et al<br>Defendants | § § | |

## ORDER REGARDING PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL

On this day the Court considered Plaintiffs' Motion to File a Document Under Seal in connection with the settlement of this matter.

The Court finds that the motion should be GRANTED. The clerk is directed to accept for filing under seal Exhibit A to Plaintiffs' Motion to File a Document Under Seal.

SIGNED on this 5th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE