FILED

2007 JUL -9 PM 3:26

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BETSEY AUBREY, ET AL., § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION. NO. A-05-CA-1070-SS |
| § | |
| DOBI MEDICAL INTERNATIONAL, § | |
| INC. ET AL., § | |
| Defendants. § | |

## FINAL TAKE NOTHING JUDGMENT

Now before the Court is Plaintiffs Betsy Aubrey's, Steve Aubrey's, Ericka Boehm's, William R. Crawford's, Steven Crawford's, William Bruce Crawford's, Robert Emerson's, M. Russell Gregory's, Keith Harris', T. Don Haynes, Jr.'s, Barbara Willis Hearst's, Byron Hill's, Bobby R. Inman's, William Jones', Vodicka Family Trust's, Brian Vodicka's, Gary Vodicka's, and Helen Vodicka's Motion for Entry of Final Take Nothing Judgment with Respect to all of their claims against Defendants Sterling Financial Investment Group, Inc., Sterling Financial Group of Companies, Inc., vFinance, Inc., Alexis C. Korybut, Charles P. Garcia and Harry S. Datys; and the Court finding that a Final Judgment should be entered,

1. IT IS THEREFORE ORDERED that the Motion is GRANTED.

2. IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs Betsy Aubrey, Steve Aubrey, Ericka Boehm, William R. Crawford, Steven Crawford, William Bruce Crawford, Robert Emerson, M. Russell Gregory, Keith Harris, T. Don Haynes, Jr., Barbara Willis Hearst, Byron Hill, Bobby R. Inman, William Jones, Vodicka Family

Trust, Brian Vodicka, Gary Vodicka, and Helen Vodicka take nothing by their suit against Defendants Sterling Financial Investment Group, Inc., Sterling Financial Group of Companies, Inc., vFinance, Inc., Alexis C. Korybut, Charles P. Garcia and Harry S. Datys.

3. IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs and attorneys' fees.

4. IT IS FINALLY ORDERED AND ADJUDGED that all other relief not granted in this Final Take Nothing Judgment is denied.

SIGNED on _July 9_, 2007

HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE