IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 JUL 11  PM 2: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**BETSEY AUBREY, et al.,**
          Plaintiffs,

-vs-                                    Case No. A-05-CA-1070-SS

**DOBI MEDICAL INTERNATIONAL, INC., et al.,**
          Defendants.

## ORDER

On July 9, 2007, the Court entered the "Final Take-Nothing Judgment" and on July 10, 2007, the order dismissing the amended cross-claims by Sterling Financial Investment group, and therefore, with a combination of his judgment and order of dismissal with prejudice, all issues have been concluded in the above-captioned matter.

IT IS THEREFORE ORDERED that the Clerk shall mark this case closed.

SIGNED this the 11th day of July 2007.

_____
UNITED STATES DISTRICT JUDGE